BENJAMIN B. WAGNER
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT J. TAGGART, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | CR. NO. 11-140 MCE (GGH) <br><br> PETITION TO UNSEAL <br> INDICTMENT |

TO THE HONORABLE GREGORY G. HOLLOWS, UNITED STATES MAGISTRATE JUDGE:

COMES NOW Carolyn K. Delaney, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

Defendant Robert J. Taggart has made arrangements to self-surrender, with an initial appearance on March 29, 2011 at 2:00 p.m.

///
///
///
///

1

THEREFORE, your petitioner prays that the aforesaid Indictment be unsealed.

DATED: March 28, 2011

                                              BENJAMIN B. WAGNER
                                              UNITED STATES ATTORNEY

                                              /s/ Carolyn K. Delaney
                                   by  _____
                                              CAROLYN K. DELANEY
                                              ASSISTANT U.S. ATTORNEY

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2798
 5
 6
 7
                  IN THE UNITED STATES DISTRICT COURT
 8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
    UNITED STATES OF AMERICA,     )   CR. NO.  11-140 MCE (GGH)
11                                )
                  Plaintiff,      )   ORDER TO UNSEAL
12       v.                       )
                                  )
13  ROBERT J. TAGGART,            )
                                  )
14                Defendant.      )
                                  )
15  _____)
16
         The Court hereby orders that the Indictment shall be unsealed.
17
    DATED: March 29, 2011
18
                                        /s/ Gregory G. Hollows
19
                                        _____
20                                      GREGORY G. HOLLOWS
                                        United States Magistrate Judge
21
22
23
24
25
26
27
28
                                  1
```