UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 29, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ROBERT J. TAGGART, ) <br> ) <br> Defendant. ) | Case No. 2:11CR00140-MCE-1 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ROBERT J. TAGGART__, Case No. __2:11CR00140-MCE-1__, Charge __18USC § 2252(a)(2),__ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__   Release on Personal Recognizance

__   Bail Posted in the Sum of $__

✔   Unsecured Appearance Bond - $25,000.00

__   Appearance Bond with 10% Deposit

__   Appearance Bond with Surety

__   Corporate Surety Bail Bond

✔   (Other)      __Pretrial conditions as stated on the record.__


Issued at __Sacramento, CA__ on __March 29, 2011__ at __2:00 pm__.


By   /s/ Gregory G. Hollows
    Gregory G. Hollows
    United States Magistrate Judge

Copy 5 - Court