1  BENJAMIN B. WAGNER
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2798

5

6              UNITED STATES DISTRICT COURT

7              EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,    )   CR-S-11-140 MCE
                                )
10              Plaintiff,      )   [PROPOSED] PROTECTIVE ORDER
                                )   CONCERNING DIGITAL MEDIA
11     v.                       )   CONTAINING CHILD PORNOGRAPHY
                                )
12                              )
                                )
13 ROBERT TAGGART,              )
                                )
14              Defendant.      )
                                )
15 _____)

16

17                         ORDER

18    IT IS HEREBY ORDERED AS FOLLOWS:

19    1.   The Federal Bureau of Investigation shall make a
20 duplicate copy of the hard drive and any other storage media
21 available for defense analysis.

22    2.   The duplicate copies of the hard drive and storage media
23 shall be made available for defense counsel, Linda Parisi, and
24 defendant's proposed experts, Marcus Lawson, Josiah Roloff or a
25 colleague at the same employer (Global CompuSearch), to review at
26 the High Tech Task Force offices in Sacramento, California for the
27 purpose of preparing for the defense of the above-entitled action.
28 The images on the hard drive and storage media shall not be viewed

1  by any other person unless one of the aforementioned members of the
2  defense team is present and the viewing is necessary to prepare for
3  defendant's defense.
4     3.   A private room will be provided for the defense
5  examination. No government agents will be inside the room during
6  the examination;
7     4.   The experts will be permitted to bring whatever
8  equipment, books, or records he believes may be necessary to
9  conduct the examination;
10    5.   Neither the defense experts nor defense attorneys shall
11 remove the hard drive or other storage media from the confines of
12 the law enforcement office.
13    6.   With the exception of materials which would be considered
14 child pornography under federal law (including visual depictions
15 and data capable of conversion into a visual depiction), the expert
16 may download and remove files or portions of files, provided the
17 forensic integrity of the hard drive is not altered.  The expert
18 will certify in writing (using the attached certification), that he
19 has taken no materials which would be considered child pornography,
20 or data capable of being converted into child pornography, (under
21 federal law) and that he has not caused any child pornography to be
22 sent from the law enforcement premises by any means including by
23 any electronic transfer of files.
24    7.   Except when a defense expert fails to provide this
25 certification, no government agent, or any person connected with
26 the government, will examine or acquire in any fashion any of the
27 items used by the expert in order to conduct the defense analysis.
28 Should a defense expert fail to certify that the expert has not

1 copied or removed child pornography, or data capable of being
2 converted into child pornography, government agents may then
3 inspect or examine the materials in order to ensure that prohibited
4 child pornography has not been removed.
5     8.   When the defense indicates that it is finished with its
6 review of the copy of the hard drives, the drive(s) or other
7 storage devices shall be "wiped" clean.
8     9.   Any disputes regarding the above or problems implementing
9 this order shall be brought to the attention of the court through
10 representative counsel after first consulting opposing counsel.
11 IT IS SO ORDERED:
12
13 Dated:  5/9/11
14                                                    HON. DALE A. DROZD
                                                 UNITED STATES MAGISTRATE JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-S-11-140 MCE (EFB) |
| Plaintiff, | ) | |
| v. | ) | |
| ROBERT TAGGART, | ) | |
| Defendant. | ) | |

CERTIFICATION

I, _____, certify under penalty of perjury that I have not copied or removed any images of child pornography or data capable of being converted into images of child pornography, or caused the same to be transferred electronically (or by any other means) to any other location, during the course of my review of the evidence in this case.

Date: _____       _____

4