LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #084247

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff,<br><br>    v.<br><br>ROBERT TAGGART,<br>                    Defendant, | Case No. 2:11-cr-00140 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS HEARING FROM MAY 12, 2011 AT 10:00 AM TO JULY 7, 2011 AT 10:00 AM.<br><br>EXCLUSION OF TIME |

Plaintiff,  United States of America, by its counsel, Assistant United States Attorney Carolyn Delaney , and defendant  ROBERT TAGGART, by his attorney, Linda M. Parisi, , hereby stipulate and agree that the status conference calendared for May 12, 2011 at 9:00 a.m. before the Honorable  United States District Court Judge, Morrison C. England, may be continued to July 7, 2011, at 9:00 a.m., for a further Status Hearing.

///

///

1

The defendant and his attorney continue to review and investigate the discovery provided previously and to review and incorporate documents that have been found through their investigations. Those documents are extensive and necessitate the extension requested.

The defendant and his attorney continue to meet and confer with the Assistant United States Attorney in an effort to resolve the case.

Based upon this discovery, the parties stipulate and agree that time under the Speedy Trial Act shall continue to be excluded to July 7, 2011 at 9:00 a.m. pursuant to Title 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T-4 – for time for the defense counsel to prepare.

The date has been confirmed with the Court's courtroom deputy, Ms. Stephanie Deutsch.

Dated:  May 10, 2011

                                          Respectfully Submitted

                                          /s/ Linda M. Parisi by e-mail authorization
                                          _____
                                          Linda M. Parisi
                                          Attorney for Robert Taggart

Dated: May 10, 2011

Benjamin B. Wagner
United States Attorney

/s/ Carolyn Delaney by e-mail authorization

_____
Carolyn Delaney
Assistant U.S. Attorney
Carolyn.Delaney2@usdoj.gov

## ORDER

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Hearing now set for May 12, 2011 at 9:00 a.m., is vacated and the matter set for a status conference on, July 7, 2011 at 9:00 am.

Further, the Court finds that the defendants' need for additional time to prepare exceeds the public interest in a trial within 70 days and, therefore, the interests of justice warrant a further exclusion of time until the hearing on January 22, 2010.  Based upon this finding and the representations of the parties, the Court excludes time from May 12, 2011 at 9:00 a.m., pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T4 (time to allow sufficient time for counsel to prepare), until the next appearance on July 7, 2011 at 9:00 a.m. or by further order of this Court.

**Date: 5/13/2011**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE