LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #084247

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                 Plaintiff,<br><br>v.<br><br>ROBERT TAGGART,<br>                 Defendant, | Case No. 2:11-cr-00140 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS HEARING FROM July 7, 2011 AT 9:00 AM TO JULY 14, 2011 AT 9:00 AM. |

    Plaintiff, United States of America, by its counsel, Assistant United States Attorney Carolyn Delaney , and defendant ROBERT TAGGART, by his attorney, Linda M. Parisi, , hereby stipulate and agree that the status conference calendared for July 7, 2011 at 9:00 a.m. before the Honorable United States District Court Judge, Morrison C. England, may be continued to July 14, 2011, at 9:00 a.m., for a further Status Hearing.

///

///

1

The defendant and his attorney continue to review and investigate the discovery provided previously and to review and incorporate documents that have been found through their investigations. Those documents are extensive and necessitate the extension requested.

The defendant and his attorney continue to meet and confer with the Assistant United States Attorney in an effort to resolve the case.

Based upon this discovery, the parties stipulate and agree that time under the Speedy Trial Act shall continue to be excluded to July 14, 2011 at 9:00 a.m. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).The date has been confirmed with the Court's courtroom deputy, Ms. Stephanie Deutsch.

Dated:  July 1, 2011

                                            Respectfully Submitted

                                        /s/ Linda M. Parisi by e-mail authorization
                                        _____
                                        Linda M. Parisi
                                        Attorney for Robert Taggart

LAW OFFICES OF
CHRISTOPHER H. WING
SACRAMENTO, CA.

Dated: July 1, 2011

Benjamin B. Wagner
United States Attorney

/s/ Carolyn Delaney by e-mail authorization
_____
Carolyn Delaney
Assistant U.S. Attorney
Carolyn.Delaney2@usdoj.gov

## ORDER

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Hearing now set for July 7, 2011 at 9:00 a.m., is vacated and the matter set for a status conference on, July 14, 2011 at 9:00 am.

Further, the Court finds that the defendants' need for additional time to prepare exceeds the public interest in a trial within 70 days and, therefore, the interests of justice warrant a further exclusion of time until the hearing on July 14, 2011. Based upon this finding and the representations of the parties, the Court excludes time until July 14, 2011 at 9:00 a.m., pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

**Date: 7/11/2011**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
CHRISTOPHER H. WING
SACRAMENTO, CA.