1

LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #084247

2

3

4

5

ATTORNEYS FOR:   **Defendant**

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA              Case No. CR-S-11-140 MCE [EFB]

12                     Plaintiff,

13        v.

14                                         STIPULATION AND ORDER TO
                                           AMEND PRETRIAL RELEASE
15   ROBERT TAGGART,                       CONDITIONS
                          Defendant,
16

17

18        Plaintiff, United States of America, by its counsel, Assistant United States

19

20   Attorney Laurel White , and defendant ROBERT TAGGART, by his attorney, Linda

21   M. Parisi, hereby stipulate and agree to the following amendments to the previously

22   filed Pretrial Conditions of Release:

23

24        The defendant has permission to use his sister Tiffiny Leppien's computer for

25   the sole purpose of making 2 monthly Internet visits  via Skype, with his daughter,

26   Taylor Taggart, who resides in Virginia.   Mr. Taggart and Ms. Leppien and anyone

27   having a possessory interest in the computer Mr. Taggart is to use, understands that

28   the computer used by Mr. Taggart is subject to review by the Pretrial Services officers

/ / /

1

assigned to supervise Mr. Taggart.  Additionally, under no circumstance may the computer belonging to Ms. Leppien and used by Mr. Taggart, contain any data wiping software.

Further, Mr. Taggart may communicate with his daughter via Skype only when he is in the third party custodianship and supervision of his parents, only with the permission of the girl's mother, and only when his daughter is being supervised by her mother.  Under no circumstance may the defendant use any other computer to communicate with his daughter via Skype and his Skype visits are limited to twice a month.   The aforementioned change is the only acceptable amendment to the Pretrial Conditions of Release.

This information has been reviewed and accepted by US Attorney Laurel White.

Dated:  September 15, 2011

Respectfully Submitted

/s/ Linda M. Parisi by e-mail authorization
_____
Linda M. Parisi
Attorney for Robert Taggart

/s/ Laurel White by e-mail authorization
_____
Laurel White
AssistantU.S. Attorney
Laurel.White@usdoj.gov

LAW OFFICES OF
WING & PARISI, A.P.C.
SACRAMENTO, CA.

/ / /

# ORDER

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: The defendant has permission to use his sister TiffinyLeppien's computer for the sole purpose of making 2 monthly Internet visits via Skype, with his daughter, Taylor Taggart, who resides in Virginia.  Mr. Taggart and Ms. Leppien and anyone having a possessory interest in the computer Mr. Taggart is to use, understands that the computer used by Mr. Taggart is subject to review by the Pretrial Services officers assigned to supervise Mr. Taggart.  Additionally, under no circumstance may the computer belonging to Ms. Leppien and used by Mr. Taggart, contain any data wiping software.

Further, Mr. Taggart may communicate with his daughter via Skype only when he is in the third party custodianship and supervision of his parents, only with the permission of the girl's mother, and only when his daughter is being supervised by her mother.  Under no circumstance may the defendant use any other computer to communicate with his daughter via Skype and his Skype visits are limited to twice a month.  The aforementioned change is the only acceptable amendment to the Pretrial Conditions of Release.

Dated:  September 20, 2011

   /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF
WING & PARISI, A.P.C.
SACRAMENTO, CA.

/ / /