LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #084247

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            Plaintiff,<br><br>    v.<br><br>ROBERT TAGGART,<br>            Defendant, | Case No. 2:11-cr-00140-MCE<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING HEARING FROM April 26, 2012 AT 9:00 AM TO May 24, 2012 AT 9:00 AM.<br><br>EXCLUSION OF TIME |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Laurel White , and defendant ROBERT TAGGART, by his attorney, Linda M. Parisi, hereby stipulate and agree that the Judgment and Sentencing Hearing calendared for April 26, 2012 at 9:00 a.m. before the Honorable United States District Court Judge, Morrison C. England, may be continued to May 24, 2012, at 9:00 a.m., for the Judgment and Sentencing Hearing.

///

///

1

The defendant and his attorney continue to review and investigate the presentence report provided previously and to review and incorporate documents that have been found through their investigations and to research certain issues. Those documents and the required research necessitate the extension requested.

Attached as Exhibit A is the schedule for disclousure of pre-sentence report and for filing of objections to the pre-sentence report.

The proposed date for Judgment and Sentencing has been discussed with Assistant U.S. Attorney Laurel White and she has no opposition to the continuance.

The date has been confirmed with the Court's courtroom deputy, Ms. Stephanie Deutsch.

Dated:  March  29, 2012

Respectfully Submitted

/s/ Linda M. Parisi by e-mail authorization
_____
Linda M. Parisi
Attorney for Robert Taggart


/s/ Laurel White by e-mail authorization
_____
Laurel White
Assistant U.S. Attorney
Laurel.White@usdoj.gov

# ORDER

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Hearing now set for April 26, 2012 at 9:00 a.m., is vacated and the matter set for Judgment and Sentencing on May 24, 2012 at 9:00 am. and the attached schedule for disclosure of pre-sentence report and for filing of objections to the pre-sentence report is hereby adopted.

Dated: April 16, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE