LAW OFFICES OF
**WING & PARISI**

1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #084247

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                        Plaintiff,<br><br>     v.<br><br>ROBERT TAGGART,<br>                        Defendant, | Case No. 2:11-cr-00140-MCE<br><br><br>STIPULATION AND ORDER FOR AMENDED JUDGMENT; ORDER TO THE PROBATION DEPARTMENT TO SEND COPIES OF THE MEDICAL RECORDS TO THE BUREAU OF PRISONS |

INTRODUCTION

     Mr. Taggart has been diagnosed with a particularly aggressive form of multiple

sclerosis [hereinafter referred to as MS] and that his medical condition has worsened

dramatically recently.  It is further understood that conventional treatment with

Copaxone has not been successful and that he now requires infusions of the drug

Tysabri to help control the progress of that disease, but that he is likely to be unable to

work or care for himself at some point in the future.  Based on his medical condition

and the type of care he is going to require, we urge the Court to recommended that the

/ / /

1

Federal Medical Center, Rochester, Minnesota be designated for service of his sentence so that his treating physicians will have access to the expertise and resources of the Mayo Clinic and that his medical status be managed with regular and intensive involvement of a board certified neurologist.

Mr. Taggart's form of multiple sclerosis did not respond to other medical therapy and in fact, his MRIs showed continued "bouts" with MS and the productions of additional lesions and a worsening of his medical condition.  The Tysabri Infusion Therapy has, thusfar, been successful in managing the MS.

Since the defendant's sentencing, his counsel Linda Parisi, has spoken with medical personnel for the U.S. Bureau of Prisons about his deteriorating medical condition and others familiar with the considerations for medical needs and placement. Based on her discussions with BOP medical personnel ,  Ms. Parisi is of the opinion that the Federal Medical Center, Rochester, Minnesota, is best suited to address Mr. Taggart's medical needs because treating physicians will be able to access the expertise and resources of the Mayo Clinic.   On June 20, 2011, Ms. Parisi asked counsel for the government if she would join the defense in asking that the Court recommend to the Bureau of  Prisons that Mr. Taggart be placed at the Federal Medical Center, in Rochester, Minnesota.   Ms. Parisi also asked if the government would join in a request for a Court Order directing that the United Stated Probation Office forward to the Bureau of Prisons  Mr.  Taggart's medical records,  including the letters from Doctor Schafer, the results of several MRI's, prescription orders, and the

/ / /

LAW OFFICES OF
/ING & PARISI, A.P.C.
SACRAMENTO, CA.

Doctor's order for Tysabri Infusion.  Where such records will assist the BOP in making an appropriate determination as to the best place to designate Mr. Taggart, the government indicated it had no objection to this request.  Nor did the government object to a request that the Court recommend placement at the BOP medical facility in Rochester, Minnesota.

Accordingly, Plaintiff,  United States of America, by its counsel, Assistant United States Attorney Laurel White , and defendant  ROBERT TAGGART, by his attorney, Linda M. Parisi, hereby stipulate and agree  that given the medical condition of Mr. Robert Taggart, it would be appropriate for the Honorable United States District Court Judge, Morrison C. England, to make the following recommendation to the Board of Prison regarding the placement of Mr. Robert Taggart in an Amended Judgment:

As a result of the fact that Mr. Taggart has been diagnosed with a particularly aggressive form of multiple sclerosis and that his medical condition has worsened dramatically recently. it is understood that conventional treatment with Copaxone has not been successful and that he now requires infusions of the drug Tysabri to help control the progress of that disease, but that he is likely to be unable to work or care for himself at some point in the future.  Based on his medical condition, it is strongly recommended that the Federal Medical Center, Rochester, Minnesota be designated for service of his sentence so that his treating physicians will have access to the

expertise and resources of the Mayo Clinic and that his medical status be managed with regular and intensive involvement of a board certified neurologist.

Plaintiff,  United States of America, by its counsel, Assistant United States Attorney Laurel White , and defendant  ROBERT TAGGART, by his attorney, Linda M. Parisi, hereby stipulate and agree  that given the medical condition of Mr. Robert Taggart, it would be appropriate for the Honorable United States District Court Judge, Morrison C. England, to make the following order to the Probation Department:

It is hereby ordered that the Probation Department deliver to the Bureau of Prisons the attached medical records of Mr. Robert Taggart, including the letters from Doctor Schafer, the results of the several MRI's, the prescription orders, the Doctor's order for Tysabri Infusion Therapy and the information regarding how Tysabri is administered.

It is the further requested that Mr. Taggart's turn in date to the Bureau of Prisons be extended to September 6, 2012 at the facility determined by the Bureau of Prisons.

Dated:  June 20, 2012

Respectfully Submitted


/s/ Linda M. Parisi by e-mail authorization
_____
Linda M. Parisi
Attorney for Robert Taggart

LAW OFFICES OF
/ING & PARISI, A.P.C.
SACRAMENTO, CA.

/ / /

/s/ Laurel White by e-mail authorization
_____

Laurel White
Assistant U.S. Attorney
Laurel.White@usdoj.gov


## ORDER

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT an Amended Judgment will issue containing the following Judicial Recommendation: Mr. Taggart has been diagnosed with a particularly aggressive form of multiple sclerosis and that his medical condition has worsened dramatically recently.  It is further understood that conventional treatment with Copaxone has not been successful and that he now requires infusions of the drug Tysabri to help control the progress of that disease, but that he is likely to be unable to work or care for himself at some point in the future. Based on his medical condition, it is strongly recommended that the Federal Medical Center, Rochester, Minnesota be designated for service of his sentence so that his treating physicians will have access to the expertise and resources of the Mayo Clinic and that his medical status be managed with regular and intensive involvement of a board certified neurologist.

/ / /

LAW OFFICES OF
/ING & PARISI, A.P.C.
SACRAMENTO, CA.

IT IS FURTHER ORDERED THAT the Probation Department deliver to the Bureau of Prisons the attached medical records of Mr. Robert Taggart, including the letters from Doctor Schafer, the results of the several MRI's, the prescription orders, the Doctor's order for Tysabri Infusion Therapy and the information regarding how Tysabri is administered. [Said documents are attached to the Order]

IT IS FURTHER ORDERED THAT Mr. Taggart's turn in date is changed to September 6, 2012 at 2 p.m. at the facility designated by the Bureau of Prisons.

Finally,  IT IS ORDERED that because this Stipulation and Order supersedes the terms of the previously submitted Stipulations filed herein as ECF Nos. 64 and 65, respectively, those stipulations are denied as moot.

Dated:  July 17, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
/ING & PARISI, A.P.C.
SACRAMENTO, CA.

/ / /

6