UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 11-cr-0140 MCE KJN P |
|---|---|
| Respondent, | |
| v. | ORDER |
| ROBERT JAMES TAGGART, | |
| Movant. | |

On October 18, 2014, movant filed a substitution of attorney. The substitution of attorney is approved. On October 23, 2014, movant filed a second motion for an extension of time to file objections to the August 6, 2014 findings and recommendations. Good cause appearing, movant's request for extension of time is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The substitution of attorney (ECF No. 83) is approved; Robert A. Young is substituted as counsel for movant;

2. Movant's second motion for an extension of time (ECF No. 84) is granted; and

3. Movant is granted thirty days from the date of this order in which to file objections.

Dated: October 29, 2014

/tagg0140.236

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1