HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Linda_Harter@fd.org

Attorney for Defendant
ROBERT TAGGART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br><br>vs.<br><br>ROBERT TAGGART,<br>                Defendant. | Case No. 2:11-cr-00140-DJC<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING RE TSR VIOLATION |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Nchekube Onyima, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Linda Harter, attorney for defendant Robert Taggart, that the Judgment and Sentencing re TSR Violation currently set for November 7, 2024 be continued to November 14, 2024 at 9:00 am.

The continuance is requested to accommodate defense counsel's schedule and to allow for the production and review of a dispositional memorandum. The US Attorney's Office and US Probation have no objection to the new date.

////

////

////

////

////

| | | |
|---|---|---|
| 1 | DATED: October 29, 2024 | Respectfully submitted,<br>HEATHER E. WILLIAMS<br>Federal Defender |
| | | |
| | | */s/ Linda Harter*<br>LINDA HARTER<br>Attorney for Defendant<br>ROBERT TAGGART |
| | Dated: October 29, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | | */s/ Nche Onyima*<br>NCHEKUBE ONYIMA<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**ORDER**

IT IS HEREBY ORDERED that the sentencing hearing set for November 7, 2024 at 9:00 a.m. be continued to November 14, 2024 at 9:00 a.m.

Dated: October 29, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE